NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RIFAT SHAFIQUE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2024-1482

---

Appeal from the United States Court of Federal Claims in No. 1:23-cv-00374-RTH, Judge Ryan T. Holte.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Rifat Shafique's failure to file an opening brief by the deadline set by the court's February 25, 2025 order,

IT IS ORDERED THAT:

(1) Pursuant to the court's February 25, 2025 order, the appeal is dismissed for failure to prosecute.

2                                        SHAFIQUE v. US

(2) Any pending motions are denied as moot.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

May 20, 2025
Date